# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

JOSEPH P. DONAHUE,

    Defendant/Petitioner.

NO. 3:11-CR-33

(JUDGE CAPUTO)

## ORDER

**NOW**, this 21st day of March, 2018, **IT IS HEREBY ORDERED** that:

(1) The Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. 465) filed by Joseph P. Donahue is **DENIED**.

(2) A Certificate of Appealability **SHALL NOT ISSUE**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

                                                            /s/ A. Richard Caputo  
                                                            A. Richard Caputo  
                                                            United States District Judge