IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : |
| JOSEPH P. DONAHUE, | : NO: 3:11-CR-00033 |
| | : (JUDGE MARIANI) |
| Defendant. | : |

**AND NOW**, this 4th day of June, 2020, **IT IS HEREBY ORDERED** that:

1. Defendant, Donahue's motion to reduce sentence (Doc. 507), motion to reduce (Doc. 513), and emergency plea/motion for release from custody (Doc. 516) are **DENIED**.

2. Defendant, Donahue's motion/request to expedite his motion to reduce (Doc. 508) and emergency motion to expedite (Doc. 515) are **DENIED** as moot.

3. Defendant, Donahue's emergency motion for compassionate release from custody (Doc. 521), properly construed as a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, is **DISMISSED** without prejudice.

_____
Robert D. Mariani
United States District Judge